UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D.T. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>1040 Grant Road Associates III,<br><br>    Defendant. | Case No. 5:13-cv-03925-PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>(Re: Docket No. 23) |

The parties have filed a certification of mediation in this case, indicating that the parties have fully settled the case.[1] The parties shall file a notice of dismissal within thirty days or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: September 15, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 23.